UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA HOUSE, as Legal Guardian to L.J.H,[1] <br><br> Plaintiff <br><br> v. <br><br> SKECHERS USA, INC., <br><br> Defendant | Case No.: 2:21-cv-00543-APG-BNW <br><br> **Sealing Order** |

I ORDER the clerk of court to seal ECF Nos. 1, 3, 5, and 6 because they include the unredacted full name of a minor. *See* LR IC 6-1.

I FURTHER ORDER that by April 21, 2021, defendant Skechers USA, Inc. shall file publicly accessible, redacted versions of these documents that comply with Local Rule IC 6-1.

DATED this 14th day of April, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Consistent with Local Rule IC 6-1, I direct the clerk of court to modify the caption so that the minor plaintiff's name is replaced with her initials. I remind the parties to comply with their obligations under this rule.